■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL LYNCH, Also Known as MARK WRIGHT, Appellant. [698

NYS2d 208] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Erie County Court, Drury, J.—Burglary, 3rd Degree.) Present—Lawton, J. P., Hayes, Pigott, Jr., Hurlbutt and Balio, JJ.